UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : Case No. 2:18-cv-02612-JAR-JPO |
| | : |
| HRA FOUNTAINS, LP, a Delaware limited partnership; | : |
| | : |
| SPIN PARTNERS, INC., a Kansas corporation; and | : |
| | : |
| WHOLE FOODS MARKET ROCKY MOUNTAIN/SOUTHWEST, L.P., a Texas limited partnership; | : |
| | : |
| Defendants. | : |

## **NOTICE OF SETTLEMENT**

Plaintiff, Fred Nekouee, by and through his undersigned counsel, hereby advises the Court that the Plaintiff and SPIN PARTNERS, INC. have reached a settlement in principle. The parties expect to finalize the settlement in the next 14 days.

Respectfully submitted,

s/Robert J. Vincze
Robert J. Vincze (KS # 14101)
Law Offices of Robert J. Vincze
PO Box 792
Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net

Attorney for Plaintiff Fred Nekouee

1

## CERTIFICATE OF SERVICE

  I certify that on March 4, 2019, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system.

                 s/Robert J. Vincze (KS #14101)